JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.   2:21-cv-06833-JFW-JDE                                    Date: December 27, 2021

Title:   Mister Bailey v. 170 7th Street, LLC et al

---

**PRESENT:**

      HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                                                                           None

**PROCEEDINGS (IN CHAMBERS):**       ORDER OF DISMISSAL

      In the Notice of Settlement filed on December 22, 2021, Docket No. 26, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before January 26, 2022.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until January 26, 2022.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action, including the trial date are vacated.

      IT IS SO ORDERED.

Initials of Deputy Clerk   sr

S:\DDP\CRD\RELIEF COVERAGE\JFW\LA21CV6833-JFW-MO Settlement Notice & Dismissal - retain juris to enforce Settlement - Form No 1.frm
(Rev. 1/14/15)